# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:20-cr-157-P |
| | § | |
| CLINTON BATTLE (01), and | § | |
| DONNA GREEN (02), | § | |
| | § | |
| Defendants. | § | |

## ***DEFENDANT CLINTON BATTLE'S WITNESS LIST***

| Name | Subject Matter of Testimony | Sworn | Testified |
|---|---|---|---|
| **Aaron, Barbara** | May testify concerning her experiences as a patient of Dr. Battle's medical practice, in particular, concerning the contents of Government's Exhibit 15j. | | |
| **Bakouris, Donna** | Defense investigator. Could possibly testify concerning statements made by other witnesses, if appropriate. | | |
| **Banks, Arielle** | May testify concerning her experiences as a patient of Dr. Battle's medical practice, in particular, concerning the contents of Government's Exhibit 15k. | | |
| **Battle, Clinton** | Will testify if, after consulting with counsel, he decides to waive his privilege against self-incrimination and testify concerning the offense alleged in the indictment and any and all other allegations made against him during trial. | | |

| Name | Subject Matter of Testimony | Sworn | Testified |
|---|---|---|---|
| **Brant, Sue** | President and owner of MAR Solutions, LLC. May testify concerning her work as an independent contractor assisting Dr. Battle with billing and training staff for billing, in particular, her observations of the billing practices for Dr. Battle's medical practice. | | |
| **Buckner, Jane H. MGA/QDE** | Defense expert. Could possibly testify regarding handwriting comparison analysis. Ms. Buckner's testimony will be based on her education, training, and experience. | | |
| **Bulger, Roger R. M.D.** | Defense expert. Could possibly testify concerning the usual course of professional practice, legitimate medical purposes, clinical medical practice generally, patient education and the prescribing of controlled substances, including but not limited to hydrocodone, codeine, alprazolam, tramadol, phentermine, and Qsymia. Dr. Bulger may testify in rebuttal to government experts Tricia Aultman, M.D., Stephen Sudderth, M.D., Kristy Smith, and Susannah Herkert, depending on the contents of their testimony. | | |
| **Burns, Deidre** | May testify concerning her experiences as a patient of Dr. Battle's medical practice, in particular, concerning the contents of Government's Exhibit 15t. | | |
| **Calamease, Dwayne** | May testify concerning his experiences as a patient of Dr. Battle's medical practice, in particular, concerning the contents of Government's Exhibit 15l. | | |
| **Dellinges, Chris J. CPA, CRFAC, CFE** | Defense expert. Could possibly testify concerning his review of Dr. Battle's bank records and other financial records provided by the Government in discovery. | | |

| Name | Subject Matter of Testimony | Sworn | Testified |
|---|---|---|---|
| **Demps, Shirley** | May testify concerning events she witnessed while working as a medical assistant for Dr. Clinton Battle and also concerning her experiences as a patient of Dr. Battle's medical practice, in particular, concerning the contents of Government's Exhibit 15m. | | |
| **Eley, Michelle a/k/a Michey Pierre** | DEA Agent. May testify concerning participation in the investigation of Dr. Battle, in particular, her undercover activities posing as "Michey Pierre," a patient of Dr. Battle. | | |
| **Fair, Douglas** | May testify concerning his experiences as a patient of Dr. Battle's medical practice, in particular, concerning the contents of Government's Exhibit 15n. | | |
| **Gardere, Frances** | May testify concerning her experiences as a patient of Dr. Battle's medical practice, in particular, concerning the contents of Government's Exhibit 15s. | | |
| **Glass, Koi Candice** | May testify concerning her experiences as a patient of Dr. Battle's medical practice. | | |
| **Ham, Aimee** | May testify concerning her experiences as a patient of Dr. Battle's medical practice, in particular, concerning the contents of Government's Exhibit 15q. | | |
| **Herrera, Dora** | May testify concerning her experiences as a patient of Dr. Battle's medical practice, in particular, concerning the contents of Government's Exhibit 15p. | | |
| **Hubbard, Shearen Leavain** | May testify concerning her experiences as a patient of Dr. Battle's medical practice. | | |
| **Hukabee, Suzette** | May testify concerning her experiences as a patient of Dr. Battle's medical practice. | | |

| Name | Subject Matter of Testimony | Sworn | Testified |
|---|---|---|---|
| **Jimmerson, Phyllis** | May testify concerning her experiences as a patient of Dr. Battle's medical practice, in particular, concerning the contents of Government's Exhibit 15o. | | |
| **Johnson, Antwone** | May testify concerning his involvement with Michael Blanchard in obtaining prescriptions for controlled substances from Kendrea Thompson Blanchard using Dr. Battle's DEA registration number. | | |
| **Jones, Memory** | May testify concerning her experiences as a patient of Dr. Battle's medical practice, in particular, concerning the contents of Government's Exhibit 15r. | | |
| **Jordan, Adrian** | May testify concerning prescriptions called in to Hulen Pharmacy for her by Kendrea Thompson Blanchard using Dr. Battle's DEA registration number. | | |
| **Kelly, Sammie** | May testify concerning her experiences as a patient of Dr. Battle's medical practice | | |
| **Kotara, TFO Shane** | DEA Task Force Officer. May testify concerning his participation in the investigation of Dr. Battle. | | |
| **McDonald, Shikeitha** | May testify concerning her experiences as a patient of Dr. Battle's medical practice, in particular, concerning the contents of Government's Exhibit 15u. | | |
| **McKellar, Louis** | May testify concerning her experiences as a patient of Dr. Battle's medical practice. | | |
| **Miller, Angela** | Defense expert. Could possibly testify regarding industry standards for medical billing and Current Procedural Terminology (CPT) codes, their requirements, and guidelines for use of CPT codes. She may testify in rebuttal to government witness Martha Luevano, depending on her testimony. | | |

| Name | Subject Matter of Testimony | Sworn | Testified |
|---|---|---|---|
| **Mitchell, Aisha** | May testify concerning her experiences as a patient of Dr. Battle's medical practice. | | |
| **Moss, Pam** | May testify concerning her experiences as a patient of Dr. Battle's medical practice, in particular, concerning the contents of Government's Exhibit 15g. | | |
| **Newhouse, Joy "Joi"** | May testify concerning events she witnessed while working for Dr. Clinton Battle. | | |
| **Oremus-Roznosky, Amy** | May testify concerning her experiences as a patient of Dr. Battle's medical practice. | | |
| **Parraway, Brandon** | May testify concerning his experiences as a patient of Dr. Battle's medical practice, in particular, the prescription alleged in Count 4 of the Superseding Indictment. | | |
| **Polk, Jacquelyn** | May testify concerning her experiences as a patient of Dr. Battle's medical practice. | | |
| **Pulliam, Garry** | May testify concerning his experiences as a patient of Dr. Battle's medical practice. | | |
| **Reed, Franchon** | May testify concerning her experiences as a patient of Dr. Battle's medical practice. | | |
| **Rojas, Eduardo** | May testify concerning his experiences as a patient of Dr. Battle's medical practice. | | |
| **Roznosky, Jerry** | May testify concerning his experiences as a patient of Dr. Battle's medical practice. | | |
| **Roznosky, Tracy** | May testify concerning her experiences as a patient of Dr. Battle's medical practice. | | |
| **Saade, Sandra** | Former relief pharmacist at Hulen Pharmacy. May testify concerning event in approximately June 2016 related to a prescription called in for Adrian Jordan by Kendrea Thompson Blanchard. | | |

| Name | Subject Matter of Testimony | Sworn | Testified |
|---|---|---|---|
| **Singh, Govind** | May testify concerning events he witnessed while working as a pharmacist at Hulen Pharmacy, in particular, his knowledge of prescriptions called in to Hulen Pharmacy by Kendrea Thompson Blanchard and other employees of Dr. Battle. | | |
| **Smith, Tamala "Mel"** | May testify concerning events she witnessed while working as a nurse practitioner for Dr. Clinton Battle. | | |
| **Spates, Doretta** | May testify concerning her experiences as a patient of Dr. Battle's medical practice, in particular, the prescription alleged in Count 5 of the Superseding Indictment, as well as to other relevant facts arising from her personal relationship with Dr. Battle. | | |
| **Starks, Desmond** | May testify concerning his involvement with Michael Blanchard in obtaining prescriptions for controlled substances from Kendrea Thompson Blanchard using Dr. Battle's DEA registration number. | | |
| **Talboys, Julie "Beth"** | May testify concerning events she witnessed while working as a nurse practitioner for Dr. Clinton Battle. | | |
| **Vernon, Gwen** | May testify concerning her experiences as a patient of Dr. Battle's medical practice. | | |
| **Walker, Brandon a/k/a "Royce Brown"** | Tarrant County Sheriff's Deputy. May testify concerning his participation in the investigation of Dr. Battle, in particular, his undercover activities posing as "Royce Brown," a patient of Dr. Battle. | | |

Respectfully Submitted,

/s/ Lance Evans
LANCE EVANS
Texas State Bar Number: 06723680
115 W. 2nd, Suite 202
Fort Worth, Texas 76107
Telephone: (817) 332-3822
Fax: (817) 332-2763
lanceevans@egdmlaw.com

/s/ Wm. Reagan Wynn
WM. REAGAN WYNN
Texas State Bar Number: 00797708
Reagan Wynn Law, PLLC
5049 Edwards Ranch Road, Floor 4
Fort Worth, Texas 76109
Telephone: (817) 336-5600
rw@reaganwynn.law

/s/ Camille M. Knight
CAMILLE M. KNIGHT
Texas State Bar No. 24027124
Of Counsel
BURLESON, PATE & GIBSON, LLP
900 Jackson Street Suite 330
Dallas, Texas 75202
Telephone: (214) 871-4900
cknight@bp-g.com

**ATTORNEYS FOR CLINTON BATTLE**

## ***CERTIFICATE OF SERVICE***

    I hereby certify that on June 24, 2021, I electronically filed the foregoing document using the Court's CM/ECF system, thereby effecting service on all counsel of record.

                */s/ Wm. Reagan Wynn*
                WM. REAGAN WYNN